KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Special Assistant U.S. Attorney
Attorney No. srA5500943
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

FILED

2008 JUL 16 PM 3:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

0.56 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DAVID B. ANDERSON, INDIVIDUALLY AND AS TRUSTEE; ANN E. ANDERSON, AS TRUSTEE; INTERNAL REVENUE SERVICE; RANDI FJAERAN; JOHN C. GEIGER; WILLIAM VASILOS; SAN DIEGO RURAL FIRE PROTECTION DISTRICT COMMUNITY FACILITIES DISTRICT NO. 04-1; AND SAN DIEGO COUNTY TAX ASSESSOR AND TAX COLLECTOR.

    Defendants.

Case No.:

COMPLAINT IN CONDEMNATION
With Declaration of Taking
40 U.S.C. § 3114

'08 CV 1280 L JMA

1. This is an action of a civil nature brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The authority for the taking of the land is under and in accordance with the authorities

1  set forth in Schedule "A" attached hereto and made a part hereof.

2      4.    The public purpose for which said property is taken is set forth in Schedule "B" attached
3  hereto and made a part hereof.

4      5.    A general description of the land being taken is set forth in Schedule "C" attached hereto
5  and made a part hereof. A plan showing the property being taken is shown on Schedule "D" attached
6  hereto and made a part hereof.

7      6.    The interest(s) being acquired in the property is described in Schedule "E" attached hereto
8  and made a part hereof.

9      7.    The names and addresses of known parties having or claiming an interest in said property
10 are set forth in Schedule "G" attached hereto and made a part hereof.

11     8.    Local and state taxing authorities may have or claim an interest in the property by reason
12 of taxes and assessments due and exigible.

13     9.    In addition to those persons named, there are or may be others who have or may have
14 some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such
15 persons are made parties in the action under the designation "Other Interested Parties."

16     WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and
17 that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful
18 and proper.

19 DATED: July _16_, 2008         Respectfully submitted,

20                               KAREN P. HEWITT
                                United States Attorney

21

22

23                               SANDRA B. RIGGS
                              Special Assistant U.S. Attorney
24                               Attorneys for Plaintiff

25

26

27

28

Complaint in Condemnation

SCHEDULE "A"

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

**Tract:  SDC-BRF-822E**

A strip of land situated within fractional Section 25 and 26, Township 18 South, Range 3 East, of the San Bernardino Principle Meridian, County of San Diego, State of California. Coordinate value datum; California State Plane, NAD 83, Zone 6. Entire property having an assessor's parcel number 652-170-1700 and more particularly described as follows:

Said strip being 814.89 feet in length, 30 feet in width, parallel to and 15 feet to the left of and 15 feet to the right of and measured at right angles to the following described centerline.

Beginning at a point on the Westerly property boundary of said parcel. Said point having a coordinate value of X= 6441872.79 and Y= 1789749.53.

Thence, meandering along the centerline of the existing road in a Northeasterly direction, a distance of approximately 814.89 feet to the Point-of-Termination. Said P.O.T having a coordinate value of X= 6442576.35 and Y= 1790134.35.

Said strip of land containing an area of 0.56 acres more or less.

SCHEDULE "D"

* Mapping



Legal Description

(1998 David & Ann Anderson Trust)

**Tract:  SDC-BRF-822E**
A strip of land situated within partial Section 25 and 26, Township 18 South, Range 3 East, of the San Bernardino Principle Meridian, the entire parcel having an assessor's parcel number 652-170-1700.

Said strip of land containing an area of 0.56 acres more or less.

**PROPOSED TAKING (Acquisition)**

SCHEDULE "E"
ESTATE TAKEN

A perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

David B. Anderson, Individually and as Trustee of the 1998
David B. and Ann E. Anderson Revocable Trust dated February 12, 1998
1095 Las Palmas Drive
Santa Barbara, CA 93110

Ann E. Anderson, Individually and as Trustee of the 1998
David B. and Ann E. Anderson Revocable Trust dated February 12, 1998
1095 Las Palmas Drive
Santa Barbara, CA 93110

Internal Revenue Service
Attn: Counsel
701 B. Street, Suite 901
San Diego, CA 92101
(by virtue of Instrument Nos. 80-180911 and 81-284863 recorded
June 5, 1980 and September 4, 1981 respectively, O.R. County of San Diego)

John C. Geiger, Taxpayer
Address Unknown
(Mortgagee named in mortgage dated October 4, 1948 and recorded
January 5, 1949 in Book 3070 Page 171, Document no. 885, O.R. County of
San Diego)

Randi Fjaeran
Address Unknown
Instrument Number 81-372114, O.R. County of San Diego

William Vasilios, Tenant in Common
Address Unknown
(by virtue of being named in deed dated November 13, 1984 and recorded March
25, 2004 as Instrument Number 2004-0247266, O.R. County of San Diego)

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

County of San Diego Tax Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA 92101-2429

County of San Diego Tax Collector's Office
1600 Pacific Highway, Room 162
San Diego, CA 92101

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THE UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 619-557-6958
SANDRA B. RIGGS, SPECIAL ASSISTANT US ATTORNEY
880 FRONT STREET, RM 6293, SAN DIEGO, CA 92101

## DEFENDANTS
0.56 ACRES OF LAND, MORE OR LESS, SITUATED IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DAVID B. AND ANN E. ANDERSON REVOCABLE TRUST, ET AL.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED 2008 JUL 16 PM 3:25 CLERK SOUTHERN DISTRICT OF CALIFORNIA BY ____ DEPUTY

'08 CV 1280 L JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| [X] 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. Section 3114

Brief description of cause:
Land Condemnation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 7/16/08
SIGNATURE OF ATTORNEY OF RECORD /s/ Sandra B. Riggs
SANDRA B. RIGGS, Civil Division
U.S. Attorneys Office

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CR