```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Special Assistant U.S. Attorney
 3  Office of the U.S. Attorney
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Court No. srA5500943
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

FILED
2008 JUL 16 PM 3:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>0.56 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DAVID B. ANDERSON, INDIVIDUALLY AND AS TRUSTEE; ANN E. ANDERSON, AS TRUSTEE; INTERNAL REVENUE SERVICE; RANDI FJAERAN; JOHN C. GEIGER; WILLIAM VASILOS; SAN DIEGO RURAL FIRE PROTECTION DISTRICT COMMUNITY FACILITIES DISTRICT NO. 04-1; AND SAN DIEGO COUNTY TAX ASSESSOR AND TAX COLLECTOR.<br><br>Defendants. | Case No.:<br><br>NOTICE OF CONDEMNATION<br>[Fed. R. Civ. P. 71.1]<br><br>'08 CV 1280 L JMA |

TO: All those persons and entities listed in Schedule G, attached hereto and made a part hereof.

NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District Court for the Southern District of California to condemn certain estates, described in Schedule "E" attached hereto, for public uses in the property described in Schedule "C" attached hereto. The authority for the taking is set forth in Schedule "A", attached hereto. The uses for which the property is to be taken are set forth in Schedule "B" attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page, within twenty (20) days after service of this Notice upon you, exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections.

If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED: July 16, 2008

KAREN P. HEWITT
United States Attorney

*/s/ Sandra B. Riggs*

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Attorneys for Plaintiff
Sandra.Riggs2@usdoj.gov

2

SCHEDULE "A"

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

**Tract:   SDC-BRF-822E**

A strip of land situated within fractional Section 25 and 26, Township 18 South, Range 3 East, of the San Bernardino Principle Meridian, County of San Diego, State of California. Coordinate value datum; California State Plane, NAD 83, Zone 6. Entire property having an assessor's parcel number 652-170-1700 and more particularly described as follows:

Said strip being 814.89 feet in length, 30 feet in width, parallel to and 15 feet to the left of and 15 feet to the right of and measured at right angles to the following described centerline.

Beginning at a point on the Westerly property boundary of said parcel. Said point having a coordinate value of X= 6441872.79 and Y= 1789749.53.

Thence, meandering along the centerline of the existing road in a Northeasterly direction, a distance of approximately 814.89 feet to the Point-of-Termination. Said P.O.T having a coordinate value of X= 6442576.35 and Y= 1790134.35.

Said strip of land containing an area of 0.56 acres more or less.

SCHEDULE "E"
ESTATE TAKEN

A perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

David B. Anderson, Individually and as Trustee of the 1998
David B. and Ann E. Anderson Revocable Trust dated February 12, 1998
1095 Las Palmas Drive
Santa Barbara, CA 93110

Ann E. Anderson, Individually and as Trustee of the 1998
David B. and Ann E. Anderson Revocable Trust dated February 12, 1998
1095 Las Palmas Drive
Santa Barbara, CA 93110

Internal Revenue Service
Attn: Counsel
701 B. Street, Suite 901
San Diego, CA 92101
(by virtue of Instrument Nos. 80-180911 and 81-284863 recorded
June 5, 1980 and September 4, 1981 respectively, O.R. County of San Diego)

John C. Geiger, Taxpayer
Address Unknown
(Mortgagee named in mortgage dated October 4, 1948 and recorded
January 5, 1949 in Book 3070 Page 171, Document no. 885, O.R. County of
San Diego)

Randi Fjaeran
Address Unknown
Instrument Number 81-372114, O.R. County of San Diego

William Vasilios, Tenant in Common
Address Unknown
(by virtue of being named in deed dated November 13, 1984 and recorded March
25, 2004 as Instrument Number 2004-0247266, O.R. County of San Diego)

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

County of San Diego Tax Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA 92101-2429

County of San Diego Tax Collector's Office
1600 Pacific Highway, Room 162
San Diego, CA 92101