THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) DECLARATION OF THE TAKING |
| vs. | ) |
| 0.56 ACRES OF LAND, MORE OR LESS, | ) CIVIL NO. |
| SITUATE IN SAN DIEGO COUNTY, STATE OF | ) |
| CALIFORNIA; AND 1998 DAVID B. AND ANN E. | ) '08 CV 1280 L JMA |
| ANDERSON REVOCABLE TRUST, ET AL., | ) |
| Defendants. | ) |

FILED
2008 JUL 16 PM 3:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

   I, Robert Janson, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. Sections 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 08-004, which delegated land acquisition authority to the Executive Director of Facilities Management and Engineering, do hereby make the following declaration:

   1.   The property is hereby taken under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

2.  The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof. The said land has been selected under my direction for acquisition by the United States for the above-referenced project in San Diego County, State of California.

3.  A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof.

4.  A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

5.  The estate taken is described on Schedule "E" attached hereto and made a part hereof.

6.  The sum estimated by the undersigned as just compensation for the land being taken is set forth in Schedule "F" attached hereto and made a part hereof. The undersigned is of the opinion that the ultimate award for said land probably will be within any limits prescribed by law to be paid therefor.

7.  The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8.  The United States made best efforts to negotiate purchase of the property interest sought prior to filing this condemnation action.

IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, hereunto subscribes his name by direction of the Secretary of the Department of Homeland Security, this 1st day of July, 2008 in the City of Washington, District of Columbia.

_____
Robert Janson
Acting Executive Director
Facilities Management and Engineering
Department of Homeland Security
U.S. Customs and Border Protection

SCHEDULE "A"

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

**Tract: SDC-BRF-822E**

A strip of land situated within fractional Section 25 and 26, Township 18 South, Range 3 East, of the San Bernardino Principle Meridian, County of San Diego, State of California. Coordinate value datum; California State Plane, NAD 83, Zone 6. Entire property having an assessor's parcel number 652-170-1700 and more particularly described as follows:

Said strip being 814.89 feet in length, 30 feet in width, parallel to and 15 feet to the left of and 15 feet to the right of and measured at right angles to the following described centerline.

Beginning at a point on the Westerly property boundary of said parcel. Said point having a coordinate value of X= 6441872.79 and Y= 1789749.53.

Thence, meandering along the centerline of the existing road in a Northeasterly direction, a distance of approximately 814.89 feet to the Point-of-Termination. Said P.O.T having a coordinate value of X= 6442576.35 and Y= 1790134.35.

Said strip of land containing an area of 0.56 acres more or less.

SCHEDULE "D"

* Mapping



Legal Description
(1998 David & Ann Anderson Trust)

Tract: SDC-BRF-822E

A strip of land situated within partial Section 25 and 26, Township 18 South, Range 3 East, of the San Bernardino Principle Meridian, the entire parcel having an assessor's parcel number 652-170-1700.

Said strip of land containing an area of 0.56 acres more or less.

**PROPOSED TAKING (Acquisition)**

SCHEDULE "E"
ESTATE TAKEN

A perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

SCHEDULE "F"

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SEVEN THOUSAND ONE HUNDRED EIGHT DOLLARS ($7,108.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

David B. Anderson, Individually and as Trustee of the 1998
David B. and Ann E. Anderson Revocable Trust dated February 12, 1998
1095 Las Palmas Drive
Santa Barbara, CA 93110

Ann E. Anderson, Individually and as Trustee of the 1998
David B. and Ann E. Anderson Revocable Trust dated February 12, 1998
1095 Las Palmas Drive
Santa Barbara, CA 93110

Internal Revenue Service
Attn: Counsel
701 B. Street, Suite 901
San Diego, CA 92101
(by virtue of Instrument Nos. 80-180911 and 81-284863 recorded
June 5, 1980 and September 4, 1981 respectively, O.R. County of San Diego)

John C. Geiger, Taxpayer
Address Unknown
(Mortgagee named in mortgage dated October 4, 1948 and recorded
January 5, 1949 in Book 3070 Page 171, Document no. 885, O.R. County of
San Diego)

Randi Fjaeran
Address Unknown
Instrument Number 81-372114, O.R. County of San Diego

William Vasilios, Tenant in Common
Address Unknown
(by virtue of being named in deed dated November 13, 1984 and recorded March
25, 2004 as Instrument Number 2004-0247266, O.R. County of San Diego)

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

County of San Diego Tax Assessor's Office
1600 Pacific Highway, Room 103
San Diego, CA 92101-2429

County of San Diego Tax Collector's Office
1600 Pacific Highway, Room 162
San Diego, CA 92101