1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Attorney No. srA5500943
3  Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) | Case No. 08cv1280-L (JMA) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |
| 0.56 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DAVID B. ANDERSON, INDIVIDUALLY AND AS TRUSTEE; ANN E. ANDERSON, AS TRUSTEE; INTERNAL REVENUE SERVICE; RANDI FJAERAN; JOHN C. GEIGER; WILLIAM VASILOS; SAN DIEGO RURAL FIRE PROTECTION DISTRICT COMMUNITY FACILITIES DISTRICT NO. 04-1; AND SAN DIEGO COUNTY TAX ASSESSOR AND TAX COLLECTOR | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 29, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the amount of Seven Thousand One Hundred Eight and No/100 Dollars ($7,108.00) with the Clerk of the Court.

//

//

//

1 | DATED: July 29, 2008

KAREN P. HEWITT
United States Attorney

s/ Sandra Riggs

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Sandra.Riggs2@usdoj.gov
Attorneys for Plaintiff

```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | SANDRA B. RIGGS
   | Attorney No. srA5500943
 3 | Special Assistant U.S. Attorney
   | Office of the U.S. Attorney
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 557-6958
   | Facsimile: (619) 557-5004
 6 | Email: Sandra.Riggs2@usdoj.gov
   | Attorneys for the Plaintiff
 7 |
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) Case No. 08cv1280-L (JMA) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) CERTIFICATE OF SERVICE |
| | ) |
| 0.56 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and DAVID B. ANDERSON, INDIVIDUALLY AND AS TRUSTEE; ANN E. ANDERSON, AS TRUSTEE; INTERNAL REVENUE SERVICE; RANDI FJAERAN; JOHN C. GEIGER; WILLIAM VASILOS; SAN DIEGO RURAL FIRE PROTECTION DISTRICT COMMUNITY FACILITIES DISTRICT NO. 04-1; AND SAN DIEGO COUNTY TAX ASSESSOR AND TAX COLLECTOR | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/29/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

-see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008.

_____
Tricia R. Lamb

2

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

1998 David B. and Ann E. Anderson Revocable Trust
c/o David B. Anderson and Ann E. Anderson, Trustees
1095 Las Palmas Drive
Santa Barbara, CA 93110

Pending Court Action:
United States of America, Federal Tax Lien Foreclosure
Gladys Towles Root Geiger, et al.
Instrument Number 80-180911

Federal Tax Lien:
John C. Geiger, Taxpayer
Instrument Number 81-284863

Mortgage:
John C. Geiger, Mortgagee
Ed Wangenheim and Bertha Wangenheim, Mortgagors
Address Unknown
Recorded January 5, 1949, Book 3070, Page 171, Document No. 885

Randi Fjaeran
Address Unknown
Instrument Number 81-372114

David B. Anderson, Tenant in Common
1095 Las Palmas Drive
Santa Barbara, CA 93110
Instrument Number 2004-0247266

William Vasilios, Tenant in Common
Address Unknown
Instrument Number 2004-0247266

San Diego Rural Fire Protection District Community
 Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

Taxation Authority:
County of San Diego Assessor's Office
1600 Pacific Highway
Room 103
San Diego, CA  92101-2429