# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 0.56 ACRES OF LAND, MORE OR LESS, ) <br> SITUATE IN SAN DIEGO COUNTY, STATE OF ) <br> CALIFORNIA; and DAVID B. ANDERSON, ) <br> INDIVIDUALLY AND AS TRUSTEE; ANN E. ) <br> ANDERSON, AS TRUSTEE, ET AL. ) <br> ) <br> ) <br> Defendants. ) <br> _____) | Case No. 08cv1280-IEG (JMA) <br><br> ORDER FOR DELIVERY <br> OF POSSESSION |

Presently before the Court is the United States' (herein plaintiff) ex parte application for an order for the surrender of the estate described in Schedule E of the Complaint filed herein in, to wit, a perpetual and assignable easement and right-of-way in, over and across the property described in Schedule C of said Complaint for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto. It appearing that plaintiff is entitled to possession of said estate in, over and across said property,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender the estate described in Schedule E of said complaint, in, over and across the property described in Schedule C of said Complaint to plaintiff immediately. Plaintiff shall serve a notice of this order upon all persons in possession or control of the said property forthwith.

**DATED: September 4, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**