```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No. 160515
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No. 224875
 5  United States Attorney's Office
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile:  (619) 557-5004

 8  Attorneys for Plaintiff
    United States of America
 9
```

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12

| 13 | THE UNITED STATES OF AMERICA, | ) | Case No. 08cv1280 IEG (AJB) |
|---|---|---|---|
| 14 | | ) | |
| | | ) | NOTICE OF APPEARANCE |
| 15 | Plaintiff, | ) | |
| | | ) | |
| 16 | v. | ) | |
| | | ) | |
| 17 | 0.56 ACRES OF LAND, MORE OR | ) | |
| | LESS, SITUATE IN SAN DIEGO | ) | |
| 18 | COUNTY, STATE OF CALIFORNIA; | ) | |
| | and DAVID B. ANDERSON, | ) | |
| 19 | INDIVIDUALLY AND AS TRUSTEE; | ) | |
| | ANN E. ANDERSON, AS TRUSTEE; | ) | |
| 20 | | ) | |
| | | ) | |
| 21 | Defendants. | ) | |
| | | ) | |
| 22 | | ) | |
| | | ) | |

23

24  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

25        I, Christopher B. Latham, enter my appearance as lead counsel in the above-captioned case.

26        I certify that I am admitted to practice in this court or authorized to practice under CivLR

27  83.3.c.3-4.

28  //

The following government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, should be listed as co-counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Brett Norris
Assistant U.S. Attorney
United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, California 92101-8893
619-557-7738
fax 619-557-5004
email: Brett.Norris@usdoj.gov

The following government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Tom Stahl
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, California 92101-8893
619-557-7140
fax 619-557-5004
email: Thomas.Stahl@usdoj.gov

//
//
//
//
//
//
//
//
//

1 | Effective this date, <u>the following attorney is no longer associated with this case</u> and should <u>not</u>
2 | receive any further Notices of Electronic Filings relating to activity in this case:
3 |     <u>Name</u>
    Sandra B. Riggs
4 |     Special Assistant U.S. Attorney
    United States Attorney's Office
5 |     Southern District of California
    880 Front Street, Room 6293
6 |     San Diego, California 92101-8893

7 | DATED:   September 9, 2008      Respectfully submitted,

8 |      KAREN P. HEWITT
     United States Attorney

9 |
10 |      <u>s/ Christopher B. Latham</u>

11 |      CHRISTOPHER B. LATHAM
     Assistant United States Attorney
     Attorneys for Plaintiff
12 |      United States of America
     Email: Christopher.Latham@usdoj.gov

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No. 160515
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No. 224875
 5  United States Attorney's Office
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile:  (619) 557-5004

 8  Attorneys for Plaintiff
    United States of America
 9
```

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  THE UNITED STATES OF AMERICA, ) | Case No. 08cv1280-IEG (AJB) |
| 13              Plaintiff,             ) | |
| 14                                     ) | CERTIFICATE OF SERVICE |
|         v.                             ) | |
| 15                                     ) | |
|     0.56 ACRES OF LAND, MORE OR LESS, ) | |
| 16  SITUATE IN SAN DIEGO COUNTY, STATE OF ) | |
|     CALIFORNIA; and DAVID B. ANDERSON, ) | |
| 17  INDIVIDUALLY AND AS TRUSTEE; ANN E. ) | |
|     ANDERSON, AS TRUSTEE; INTERNAL    ) | |
| 18  REVENUE SERVICE; RANDI FJAERAN;    ) | |
|     JOHN C. GEIGER; WILLIAM VASILOS;  ) | |
| 19  SAN DIEGO RURAL FIRE PROTECTION   ) | |
|     DISTRICT COMMUNITY FACILITIES     ) | |
| 20  DISTRICT NO. 04-1; AND SAN DIEGO  ) | |
|     COUNTY TAX ASSESSOR AND TAX       ) | |
| 21  COLLECTOR                          ) | |
|                                        ) | |
| 22              Defendants.            ) | |

23

24  IT IS HEREBY CERTIFIED THAT:

25       I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
26
         I am not a party to the above-entitled action. I have caused service of:
27
         - NOTICE OF APPEARANCE
28

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

    -see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

                                            */s/ Tricia R. Lamb*
                                            Tricia R. Lamb

NAMES AND ADDRESSES OF INTERESTED PARTIES

1998 David B. and Ann E. Anderson Revocable Trust
c/o David B. Anderson and Ann E. Anderson, Trustees
1095 Las Palmas Drive
Santa Barbara, CA 93110

Pending Court Action:
United States of America, Federal Tax Lien Foreclosure
Gladys Towles Root Geiger, et al.
Instrument Number 80-180911

Federal Tax Lien:
John C. Geiger, Taxpayer
Instrument Number 81-284863

Mortgage:
John C. Geiger, Mortgagee
Ed Wangenheim and Bertha Wangenheim, Mortgagors
Address Unknown
Recorded January 5, 1949, Book 3070, Page 171, Document No. 885

Randi Fjaeran
Address Unknown
Instrument Number 81-372114

David B. Anderson, Tenant in Common
1095 Las Palmas Drive
Santa Barbara, CA 93110
Instrument Number 2004-0247266

William Vasilios, Tenant in Common
Address Unknown
Instrument Number 2004-0247266

San Diego Rural Fire Protection District Community
 Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

Taxation Authority:
County of San Diego Assessor's Office
1600 Pacific Highway
Room 103
San Diego, CA  92101-2429